UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONALD GEORGE MOSELEY,

    Plaintiff,

v.                                        Case No. 1:24cv161-TKW-MJF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16) and Plaintiff's objection (Doc. 17). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that administrative law judge's decision concerning Plaintiff's residual functional capacity is supported by substantial evidence and gave adequate consideration to Nurse Practitioner Roberts' opinion and Plaintiff's abdominal issues. Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

1

2. The Commissioner's decision is **AFFIRMED**, and this case is **DISMISSED**.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 2nd day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**